November 14, 2007

Mr. Daniel M. McClure
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Mr. David L. Orr
Kuperman Orr & Albers
1501 S. Mopac Expwy Suite 350
Austin, TX 78746

Mr. Jack W. Latson
Flahive, Ogden & Latson
P.O. Drawer 13367
Austin, TX 78711

Mr. John C. Wander
Vinson & Elkins
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975

Mr. Roger Higgins
Thompson Coe Cousins and Irons, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, TX 75201-1840

Mr. W. Neil Rambin
Sedgwick Detert Moran & Arnold
1717 Main Street, Suite 5400
Dallas, TX 75201

Mr. Keith M. Jensen
Jensen Belew & Gonzalez, PLLC
1024 N. Main St.
Fort Worth, TX 76164
Mr. David G. Oliveira
Roerig Oliveira & Fisher
855 W. Price Road, Suite 9
Brownsville, Tx 78520-8766

Mr. David P. Andis
Gauntt & Kruppstadt, L.L.P.
1400 Woodloch Forest Drive, Suite 575
The Woodlands, TX 77380

Mr. Jeff D. Otto
Thomposon Coe Cousins & Irons
701 Brazos, Suite 1500
Austin, TX 78701

Mr. P. M. Schenkkan
Graves Dougherty Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, TX 78701

Mr. Ronald L. Bair
The Bair Law Firm, P.C.
14711 Pebble Bend Drive
Houston, TX 77068

Honorable Mario E. Ramirez
332nd District Court
Hildago County Courthouse
100 N. Closner, 2nd Floor
Edinburg, TX 78539

RE: Case Number: 07-0808
 Court of Appeals Number: 13-07-00386-CV
 Trial Court Number: C-2198-04-B

Style: IN RE CNA LLOYDS OF TEXAS, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas granted the Motion for Temporary
Relief and issued the enclosed stay order in the above-referenced case.
 Pursuant to Tex. R. App. P. 55.1, you are requested to file briefs on
the merits in the above-styled case. Please refer to Tex. R. App. P. 55
for the requirements of relators' and real parties in interest briefs.
Please note that any party may elect to rely upon the briefs already on
file with this Court by notifying this office in writing no later than the
due date of the brief. If you elect to rely upon a brief filed with the
court of appeals, you must provide twelve copies in accordance with Tex. R.
App. P. 9.3(b). The filing of a notification letter shall invoke the same
timetable as the filing of a brief. The petition for writ of mandamus
remains under consideration by the Court.
 The briefing schedule is outlined below. See Tex. R. App. P. 55.7.
Please note that Tex. R. App. P. 9.2(b) does not apply. All briefs are due
to be filed in this office on or before 3:00 p.m. on the due date:
 Relator/s shall file their brief within thirty days of this date (on
 or before December 14, 2007).

 Real party/parties in interest shall file their response brief within
 twenty days after receiving relator/s brief (no later than January 3,
 2008).

 Relator/s shall file any reply brief within fifteen days after
 receiving real party/parties in interest brief (no later than January
 18, 2008).

 Additionally, the Court requests that parties submit a copy of all
briefs on the merits (including amicus and post-submission briefs) and the
respective petitions, responses, and replies - already on file - in
electronic form within ten (10) days of the date of this letter. Also,
please submit an electronic copy when filing the hard copies of any brief.
Please see the enclosed information for guidelines.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosures

|cc:|Mr. Daniel L. Bates |
| |Mr. James L. Carroll |
| |Mr. Raymond Alan |
| |Cowley |
| |Mr. Christopher W. |
| |Martin |
| |Ms. Cathy Wilborn |
| |Ms. Laura Hinojosa |
| |Mr. Michael C. Crowley|

 SUPREME COURT OF TEXAS

 INFORMATION ON SUBMISSION OF ELECTRONIC BRIEFING

 In order to provide convenient access to briefs filed with the Supreme
Court of Texas, the Court posts electronic copies of briefs on its website
when it requests briefs on the merits. The Court requests that the parties
submit an electronic copy of all briefs on the merits (including amicus and
post-submission briefs) as well as the respective petitions, responses, and
replies that are already on file.

 The Court asks the parties to comply with the following guidelines
when submitting eBriefs:

 1. The Court prefers the use of searchable PDF files because files
 in this format generally may not be altered. If this format is
 not available to you, please use either Microsoft Word (up to
 Word 2003/XP versions) or WordPerfect (versions 7 through X3). 
 Documents submitted as Word/WordPerfect documents will be
 converted to searchable PDFs by the Clerk's office.

 2. All eBriefs should be submitted either by email attachment or on
 a CD.

 NOTE: If you are emailing the eBrief and the file size is
 greater than 5 MB, you will need to separate the document into
 different files and email each file individually. Please
 identify each file clearly by labeling the individual parts
 (e.g. Appendix Part 1, Appendix Part 2, etc.).

 3. Each email subject line or CD must include information or a
 label which identifies the case style and the case number. In
 addition, a Certificate of Compliance must accompany the
 submission of all eBriefs. A copy of the Certificate of
 Compliance is included with this letter. The Certificate of
 Compliance is also available in both Word and PDF format on the
 Supreme Court's Website at
 http://www.supreme.courts.state.tx.us/ebriefs/ebriefs.asp.

 4. The email attachment or CD must contain only an electronic copy
 of the submitted filing. The email attachment or CD must not
 contain any document or material that is not included in the
 original hard copy of the filing with the Court.

 5. The email attachment or CD must be free of viruses or any other
 files that would be disruptive to the Court's computer system.

 6. You may submit the eBrief(s) as an email attachment to the
 following email address: scebriefs@courts.state.tx.us Email
 attachments must not exceed 5 megabytes.
 EBRIEF CERTIFICATE OF COMPLIANCE

 At the request of the Supreme Court of Texas, I certify that this
submitted computer CD or email attachment complies with the following
requests of the Court:

 1. 1. Information for eBrief(s) being submitted:

 1. a. Case Style: _____________________________________________
 2. b. Case Number: ___________________________________________
 3. c. Type of Brief(s) (i.e. petition for review, response,
 reply, petitioner's brief, respondent's brief, brief in reply,
 amicus brief):
 _____________________________________________________________
 4. _____________________________________________________________
 5. _____________________________________________________________
 6. d. The Word Processing Software and Version Used to prepare
 the eBrief(s):
 __________________________________________________
 7.
 1. 2. This CD or email attachment contains only an electronic
 copy of the original document which was filed in the Texas
 Supreme Court Clerk's office and does not contain any document
 or portion thereof that is not included in the original filing.
 1.
 2. 3. The electronic brief is free of viruses or any other files
 that would be disruptive to the Court's computer system. The
 following software, if any, was used to ensure the filing is
 virus-free: _________________________________.
 1.
 2. 4. I understand that the attached eBrief(s) will be posted on
 the Court's web site.

PLEASE NOTE: The submission of a brief in electronic format (eBrief) is not
considered a filing in this Court. All eBriefs submitted must have been
previously filed in compliance with the Texas Rules of Appellate Procedure.

_________________________________
(Signature of filing party and date)
________________________________
(Printed name)
_________________________________
(Firm)